1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11   MICHAEL CROCKETT,                    ) Case No. CV 11-9789-DOC (SP)
                                          )
12                 Plaintiff,             )
                                          )
13          v.                            ) **ORDER ACCEPTING FINDINGS AND**
                                          ) **RECOMMENDATION OF UNITED**
14   CITY OF HERMOSA BEACH, et            ) **STATES MAGISTRATE JUDGE**
     al.,                                 )
15                                        )
                                          )
16                 Defendants.            )
     _____   )
17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records

19   on file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report to

21   which plaintiff has objected.  The Court accepts the findings and recommendation of

22   the Magistrate Judge.

23          IT IS THEREFORE ORDERED:

24          1.     The following defendants are dismissed from this action: City of

25   Hermosa Beach; Hermosa Beach Police Department; Greg Savelli (individual and

26   official capacities); Jaime Ramirez (official capacity only); Jonathan Cruz (official

27   capacity only); Pamela Juarez (official capacity only); Todd Lewitt (individual and

28   official capacities); and John Kildebeck (individual and official capacities);

2.      The claims in Counts Five, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, and Seventeen are dismissed;

3.      The demand for injunctive relief is stricken;

4.      Plaintiff is not granted leave to amend the Complaint; and

5.      Plaintiff may proceed on only his claims in Counts One, Two, Three, Four, and Six against only defendants Ramirez, Cruz, and Juarez in their individual capacity only, and may serve the Complaint on those defendants.

DATED:   May 11, 2012

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2