UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9789-DOC (SP) | Date | September 19, 2012 |
|---|---|---|---|
| Title | MICHAEL CROCKETT v. OFFICER JAIME RAMIREZ, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Defendants Officer Jaime Ramirez, Officer Jonathan Cruz, and Officer Pamela Juarez Should Not Be Dismissed for Failure to Effect Service

    In its May 16, 2012 order in this case, the court advised plaintiff that, under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be accomplished on each named defendant within 120 days after the filing of the complaint. Because in this case the court prohibited plaintiff from serving the complaint while it was being screened, however, the court extended the 120-day period to commence as of the date of the May 16, 2012 order. Accordingly, the court told plaintiff that the 120-day period would expire on September 13, 2012. The court further warned plaintiff that his failure to effectuate service by that date may result in the dismissal of the action without prejudice as to any unserved defendants by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service.

    Federal Rule of Civil Procedure 4(l)(1) requires proof of service to be made to the court. As today's date, six days after the expiration of the 120-day period, plaintiff has not submitted proof of service on any of the named defendants.

    Accordingly, plaintiff is ORDERED to show cause in writing by **October 10, 2012** why defendants Officer Jaime Ramirez, Officer Jonathan Cruz, and Officer Pamela Juarez should not be dismissed without prejudice for plaintiff's failure to serve the defendants within the time required under Federal Rule of Civil Procedure 4(m). Plaintiff may discharge his obligations under this order to show cause by filing proofs of service on these defendants on or before October 10, 2012.