O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CROCKETT,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER JAIME RAMIREZ, et al.,<br><br>   Defendants. | Case No. CV 11-9789-DOC (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Complaint for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: January 11, 2013

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE